UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND MERCEDES, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 13-12043-LTS<br>) |
| ERIC HOLDER, Attorney General,<br>United States Department of Justice;<br>CHARLES E. SAMUELS, JR. Director,<br>Federal Bureau of Prisons; and<br>JEFFREY GRONDOLSKY, Warden,<br>Federal Medical Center, Devens, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

ORDER ON DEFENDANTS' MOTION TO DISMISS

March 27, 2014

SOROKIN, C.M.J.

Plaintiff Raymond Mercedes, proceeding *pro se*,[1] filed a complaint in this Court on August 19, 2013, alleging employment discrimination and retaliation stemming from his employment at the Federal Medical Center in Devens, Massachusetts. Doc. No. 1. The Court granted Plaintiff's motion to proceed *in forma pauperis*. Doc. No. 5. The United States Marshals Service served Defendant Jeffery Grondolsky on December 11, 2013, Doc. No. 7, and Defendants Eric Holder and Charles E. Samuels, Jr. on December 13, 2013, Doc. Nos. 8, 9. Defendants now move to dismiss the complaint for failure to serve the United States Attorney for this District, as required by Rule 4(i) of the Federal Rules of Civil Procedure. Doc. No. 16.

---

[1] An attorney filed an appearance on behalf of Plaintiff subsequent to the filing of the instant motion. Doc. No. 18.

I.  DISCUSSION

When a party sues the United States or one of its agencies, corporations, officers, or employees, that party, in addition to serving the named defendants, must also serve the United States.  Fed. R. Civ. P. 4(i)(2).  To serve the United States, a party must "deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought" or "send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office."  Id. 4(i)(1)(A). The party must also "send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C."  Id. 4(i)(1)(B).  If a party suing a United States officer or employee in their official capacity fails to serve a person as required under the rule, a court must allow the party a reasonable time to cure the failure, if that party has served either the Attorney General or the United States attorney.  Id. 4(i)(4).

Here, Plaintiff has served the officers and employees of the United States who are named defendants in this action, including the Attorney General.  There is no record, however, that Plaintiff has served the United States Attorney for this District as required to effectuate service on the United States under Rule 4.  Permitting Plaintiff the opportunity to cure is particularly prudent in this case, however, as it was the unserved entity that filed the instant motion.

Accordingly, the claims against all Defendants will be dismissed thirty days from the date of this order unless Plaintiff either (1) serves the United States by delivering a copy of the summons and complaint to the United States Attorney for the District of Massachusetts or (2) shows good cause why the time for such service should be extended.  The clerk shall issue a summons and the United States Marshal shall serve a copy of the summons, complaint, and this

order upon the United States Attorney for this District as directed by Plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

    /s / Leo T. Sorokin
Leo T. Sorokin
Chief United States Magistrate Judge